B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carlton Global Resources, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**04-3800145** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**209 S. Stephanie St.**<br>**Suite B #106**<br>**Henderson, NV**            ZIP Code **89012** | Street Address of Joint Debtor (No. and Street, City, and State):            ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):            ZIP Code | Mailing Address of Joint Debtor (if different from street address):            ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **APN # 2:0542-141-19-0-000**<br>**APN # 3:0542-141-19-1-000**<br>**55515 Dunn Road, Dunn Siding, San Bernardino County, CA**<br>**Dunn Siding, CA** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors** |

**Statistical/Administrative Information**                                      THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Carlton Global Resources, LLC** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Carlton Global Resources, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)
**STEPHEN R. WADE 79219**
Printed Name of Attorney for Debtor(s)
**THE LAW OFFICES OF STEPHEN R. WADE**
Firm Name
**400 North Mountain Ave., #214B**
**Upland, CA 91786**

Address

**909-985-6500  Fax: 909-985-2865**
Telephone Number
*12-1-10*    79219
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Marshall Pettit**
Printed Name of Authorized Individual
**Managing Member**
Title of Authorized Individual
*President/Mgr. Director*
Date *11/30/10*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Carlton Global Resources, LLC** _____   Case No. _____
                              Debtor(s)                        Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bank of America, Visa<br>POBox 15710<br>Wilmington, DE 19886-5710 | Bank of America, Visa<br>POBox 15710<br>Wilmington, DE 19886-5710 | Trade debt | | 13,902.13 |
| Bureau of Land Management<br>California State Office<br>2800 Cottage Way, Suite W-1623<br>Sacramento, CA 95825 | Bureau of Land Management<br>California State Office<br>2800 Cottage Way, Suite W-1623<br>Sacramento, CA 95825 | Trade debt | | Unknown |
| Burrtec Waste Industries, Inc.<br>2340 W. Main Street<br>Barstow, CA 92311 | Burrtec Waste Industries, Inc.<br>2340 W. Main Street<br>Barstow, CA 92311 | Trade debt | | 219.96 |
| Cadence Industries, LLC<br>c/o Chris Lezak, esq.<br>703 South 8th Street<br>Las Vegas, NV 89101 | Cadence Industries, LLC<br>c/o Chris Lezak, esq.<br>703 South 8th Street<br>Las Vegas, NV 89101 | lis pendens on Dunn Mine | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Christopher Campbell, John Smith<br>Banker Manock & Jensen, PC<br>5260 N. Palm Ave., 4th Fl<br>Fresno, CA 93704-2209 | Christopher Campbell, John Smith<br>Banker Manock & Jensen, PC<br>5260 N. Palm Ave., 4th Fl<br>Fresno, CA 93704-2209 | Legal fees | Disputed | Unknown |
| Department of Conservation<br>Office of Mine Reclamation<br>801 K Street, MS 09-06<br>Sacramento, CA 95814 | Department of Conservation<br>Office of Mine Reclamation<br>801 K Street, MS 09-06<br>Sacramento, CA 95814 | Trade debt | | 35,000.00 |
| Dixon G. Kummer, esq.<br>1200 Truxtun Avenue, #140<br>Bakersfield, CA 93301 | Dixon G. Kummer, esq.<br>1200 Truxtun Avenue, #140<br>Bakersfield, CA 93301 | legal fees | | 6,068.48 |
| Engineering, Surveying & Permit<br>ATTN: Richard E. Lloyd<br>2700 M Street, Suite 100<br>Bakersfield, CA 93301 | Engineering, Surveying & Permit<br>ATTN: Richard E. Lloyd<br>2700 M Street, Suite 100<br>Bakersfield, CA 93301 | Trade debt | | 47,098.62 |
| Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0531 | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0531 | Mining Fees | | 15,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Carlton Global Resources, LLC**                                    Case No. _____

                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kronick Moskovitz Tiedemann & ATTN: Scott Morris 400 Capitol Mall, 27th Fl Sacramento, CA 95814 | Kronick Moskovitz Tiedemann & ATTN: Scott Morris 400 Capitol Mall, 27th Fl Sacramento, CA 95814 | legal fees | Contingent Disputed | 58,523.59 |
| Marshall W. Pettit 209 S. Stephanie Street Suite B#106 Henderson, NV 89012 | Marshall W. Pettit 209 S. Stephanie Street Suite B#106 Henderson, NV 89012 | loans | | 30,000.00 |
| Mojave Desert AQMD 14306 Park Avenue Victorville, CA 92392-2310 | Mojave Desert AQMD 14306 Park Avenue Victorville, CA 92392-2310 | Trade debt | | 11,209.45 |
| Pacific-Western Materials, LLC ATTN: Marshall W. Pettit 209 S. Stephanie Street Suite B#160 Henderson, NV 89012 | Pacific-Western Materials, LLC ATTN: Marshall W. Pettit 209 S. Stephanie Street Henderson, NV 89012 | Trade debt | | 3,321,632.60 |
| SCE P.O. Box 300 Rosemead, CA 91772-0001 | SCE P.O. Box 300 Rosemead, CA 91772-0001 | Trade debt | | 17,481.62 |
| Trans-Western Materials, Inc. ATTN: Marshall W. Pettit 209 S. Stephanie Street Suite B#160 Henderson, NV 89012 | Trans-Western Materials, Inc. ATTN: Marshall W. Pettit 209 S. Stephanie Street Henderson, NV 89012 | Trade debt | | 73,024.00 |
| Williams Brown Parsons & Company 5558 California Ave., Suite 208 Bakersfield, CA 93309-0705 | Williams Brown Parsons & Company 5558 California Ave., Suite 208 Bakersfield, CA 93309-0705 | Trade debt | | 1,424.57 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Carlton Global Resources, LLC** _____ Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  __11/30/10__        Signature  _____
                                     Marshall Pettit
                                     Managing Member, Carlton Global Resources, LLC

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Upland_ , California.

Dated _11/30/10_

_Marshall Pettit_
Debtor

Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 1015-2.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                          Best Case Bankruptcy

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re

**Carlton Global Resources, LLC**

Debtor.

Case No.:

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                  $        50,000.00
   Prior to the filing of this statement I have received        $        50,000.00
   Balance Due                                                  $             0.00

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_12-1-10_
Date

STEPHEN R. WADE 79219
Signature of Attorney
THE LAW OFFICES OF STEPHEN R. WADE
Name of Law Firm
400 North Mountain Ave., #214B
Upland, CA 91786
909-985-6500  Fax: 909-985-2865

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **STEPHEN R. WADE**<br>**400 North Mountain Ave., #214B**<br>**Upland, CA 91786**<br>**909-985-6500 Fax:909-985-2865**<br>CA State Bar Number: **79219** | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>**Carlton Global Resources, LLC**<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER _____<br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
## FOR PARTNERSHIPS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address(es) of the principal office(s) of the Debtor currently on file with the California Secretary of State *(from Form LP1, LP5, or GP1)*:
**209 S. Stephanie Street, Suite B#160, Henderson, NV 89012**

2. Specify the address of the principal office(s) of the Debtor listed on the Debtor's most recent federal tax return:
**209 S. Stephanie Street, Suite B#160, Henderson, NV 89012**

3. Disclose the current business address(es) for the general partner(s) and all officers of the general partner(s):
**209 S. Stephanie Street, Suite B#160, Henderson, NV 89012**

4. Disclose the current business address(es) where the Debtor's books and records are located:
**209 S. Stephanie Street, Suite B#160, Henderson, NV 89012**

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
**APN #'s 2:0542-141-19-0-000 and 3:0542-141-19-1-000, 55515 Dunn Road, Dunn Siding, CA, San Bernardino County**

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7. State the name and address of the individual signing this Statement and the relationship of such individual to the Debtor and to the General Partner of the debtor *(specify)*:
**Marxhall Pettit, Managing Member, 209 S. Stephanie Street, Suite B#160, Henderson, NV 89012**

8. Total number of attached pages of supporting documentation: ___

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-P**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

| In re | CHAPTER 11 |
|---|---|
| **Carlton Global Resources, LLC** Debtor. | CASE NUMBER |

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on 11/30/10 at Upland, California.

**Marshall Pettit**
*Type Name of General Partner*

*Signature of Declarant*

**Managing Member**
*Title of Declarant (if any)*

*Rev. 12/99*  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-P**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

## AUTHORIZATION OF LIMITED LIABILITY COMPANY TO FILE PETITION

I, Marshall Pettit, do certify and attest to the fact that I am the Managing Member of Carlton Global Resources, LLC. That as President, I have the authority to authorize the filing of a petition in bankruptcy on behalf of Carlton Global Resources, LLC., and that upon a meeting duly held, such authorization was granted to me to execute such documents and perform such acts as are required to effectuate the filing of a petition under Chapter 11 of the Bankruptcy Code on behalf of Carlton Global Resources, LLC.

I hereby declare under penalty of perjury that the foregoing is true and correct. Execute this 30th day of November, 2010 at Upland, California.

_____
MARSHALL PETTIT

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **STEPHEN R. WADE**<br>**400 North Mountain Ave., #214B**<br>**Upland, CA 91786**<br>**909-985-6500 Fax: 909-985-2865**<br>California State Bar Number: 79219<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Carlton Global Resources, LLC**<br><br>Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER:    11 |
|---|---|

# Corporate Ownership Statement Pursuant to
# FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __STEPHEN R. WADE 79219_____ , the undersigned in the above-captioned case, hereby declare
(Print Name of Attorney or Declarant)

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ■ I am the attorney for the debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

b. ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    __12-1-10_____
Signature of Attorney or Declarant              Date

**STEPHEN R. WADE/79219**
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                                                                    F 1007-4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  **STEPHEN R. WADE 79219**

Address  **400 North Mountain Ave., #214B Upland, CA 91786**

Telephone  **909-985-6500 Fax: 909-985-2865**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: **Carlton Global Resources, LLC** | Case No.: |
| --- | --- |
| | Chapter: 11 |
| | |

### VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 10/30/10

Marshall Pettit/Managing Member
Signer/Title

Date: 12-1-10

Signature of Attorney
STEPHEN R. WADE 79219
THE LAW OFFICES OF STEPHEN R. WADE
400 North Mountain Ave., #214B
Upland, CA 91786
909-985-6500   Fax: 909-985-2865

Carlton Global Resources, LLC
209 S. Stephanie St.
Suite B #106
Henderson, NV 89012


STEPHEN R. WADE
THE LAW OFFICES OF STEPHEN R. WADE
400 North Mountain Ave., #214B
Upland, CA 91786


Bank of America, Visa
POBox 15710
Wilmington, DE 19886-5710


Bureau of Land Management
California State Office
2800 Cottage Way, Suite W-1623
Sacramento, CA 95825


Burrtec Waste Industries, Inc.
2340 W. Main Street
Barstow, CA 92311


Cadence Industries, LLC
c/o Chris Lezak, esq.
703 South 8th Street
Las Vegas, NV 89101


Christopher Campbell, John Smith
Banker Manock & Jensen, PC
5260 N. Palm Ave., 4th Fl
Fresno, CA 93704-2209


Department of Conservation
Office of Mine Reclamation
801 K Street, MS 09-06
Sacramento, CA 95814

Dixon G. Kummer, esq.
1200 Truxtun Avenue, #140
Bakersfield, CA 93301


DWARFCO, Inc.
c/o Richard Taxe
10535 Vestone Way
Los Angeles, CA 90077


Engineering, Surveying & Permit
ATTN: Richard E. Lloyd
2700 M Street, Suite 100
Bakersfield, CA 93301


Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0531


Galtar LLC
attn: Ghassan Mehri
5243 W. Charleston Blvd., #8
Las Vegas, NV 89146


Jesse Sbaih & Associates, Ltd.
170 S. Green Valley Pkwy, Suite 280
Henderson, NV 89012


Kern County Treasurer Tax Collector
1115 Truxtun Avenue, 2nd Fl
Bakersfield, CA 93301


Kronick Moskovitz Tiedemann &
ATTN:  Scott Morris
400 Capitol Mall, 27th Fl
Sacramento, CA 95814

Law Offices of Michael E. Kulwin
317 South Sixth Street
Las Vegas, NV 89101


Marshall W. Pettit
209 S. Stephanie Street
Suite B#106
Henderson, NV 89012


Michael T. Whittington, esq.
Law Office of Michael T. Whittingto
10000 Stackdale Hwy, Suite 380
Bakersfield, CA 93311


Mojave Desert AQMD
14306 Park Avenue
Victorville, CA 92392-2310


Pacific-Western Materials, LLC
ATTN: Marshall W. Pettit
209 S. Stephanie Street
Suite B#160
Henderson, NV 89012


San Bernardino County Tax Collector
172 West Third Street
San Bernardino, CA 92415


SBS Trust Deed Network
attn: Karen Turner Jr.
31194 La Baya Dr. Suite 106
Thousand Oaks, CA 91362


SCE
P.O. Box 300
Rosemead, CA 91772-0001

```
The Wolf Firm
2955 E. Main St. Suite 200
Irvine, CA 92614


Trans-Western Materials, Inc.
ATTN: Marshall W. Pettit
209 S. Stephanie Street
Suite B#160
Henderson, NV 89012


Williams Brown Parsons & Company
5558 California Ave., Suite 208
Bakersfield, CA 93309-0705
```