Steven M. Speier
Post Office Box 7637
Newport Beach, CA 92658
(949) 336-1895
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| In re: | § | Case No. 6:10-BK-48739-SC |
|---|---|---|
|  | § |  |
| CARLTON GLOBAL RESOURCES, LLC | § § § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Steven M. Speier, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $12,836,726.17 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $4,525,000.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $381,850.40 | | |

    3)    Total gross receipts of $4,907,850.40 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,000.00 (see **Exhibit 2**), yielded net receipts of $4,906,850.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $3,989,122.44 | $20,817,683.70 | $20,817,683.70 | $4,498,149.10 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $568,846.50 | $568,846.50 | $381,850.40 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $287,500.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $15,000.00 | $41,462.20 | $12,911.35 | $12,911.35 |
| General Unsecured Claims (from **Exhibit 7**) | $3,616,280.02 | $433,906.62 | $433,906.62 | $13,939.55 |
| **Total Disbursements** | $7,620,402.46 | $22,146,622.66 | $21,830,571.81 | $4,906,850.40 |

4). This case was originally filed under chapter 11 on 12/01/2010. The case was converted to one under Chapter 7 on 08/15/2013. The case was pending for 47 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/03/2017         By:   /s/ Steven M. Speier
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Dunn Mill Property | 1110-000 | $4,900,000.00 |
| Bank of America Certificates of Deposit | 1129-000 | $62.92 |
| Union Bank Certificates of Deposit | 1129-000 | $751.43 |
| Wells Fargo Bank, N.A. | 1229-002 | $6,036.05 |
| Lotus Garden Center/Easton Builders Corp. | 1280-002 | $1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,907,850.40** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Bankruptcy Estate of Vision West Investments, LLC. | Funds to Third Parties | 8500-002 | $1,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kern County Treasurer-Tax Collector | 4110-000 | $39,286.26 | $42,195.63 | $42,195.63 | $0.00 |
| 6 | COUNTY OF SAN BERNARDINO | 4110-000 | $32,724.74 | $36,017.22 | $36,017.22 | $0.00 |
| 8 | Galtar, LLC | 4110-000 | $2,508,751.31 | $3,369,084.90 | $3,369,084.90 | $0.00 |
| 10 | COUNTY OF SAN BERNARDINO | 4110-000 | $0.00 | $72,511.75 | $72,511.75 | $0.00 |
| 13 | COUNTY OF SAN BERNARDINO | 4110-000 | $0.00 | $47,337.25 | $47,337.25 | $0.00 |
| 14 | COUNTY OF SAN BERNARDINO | 4110-000 | $0.00 | $73,455.70 | $73,455.70 | $0.00 |
| 15 | Clarence Wagenaar and Hillcrest Invest | 4110-000 | $0.00 | $2,529,763.58 | $2,529,763.58 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | LTD | | | | | |
| 16 | Clarence Wagenaar and Hillcrest Invest LTD | 4110-000 | $0.00 | $2,529,763.58 | $2,529,763.58 | $0.00 |
| 17 | Clarence Wagenaar and Hillcrest Invest LTD | 4110-000 | $0.00 | $2,529,763.58 | $2,529,763.58 | $0.00 |
| 18 | Kern County Treasurer and Tax Collector | 4110-000 | $0.00 | $12,881.98 | $12,881.98 | $0.00 |
| 19 | Kern County Treasurer-Tax Collector | 4110-000 | $0.00 | $86,842.97 | $86,842.97 | $0.00 |
| 21 | Kern County Treasurer-Tax Collector | 4110-000 | $0.00 | $12,881.98 | $12,881.98 | $0.00 |
| 22 | Clarence Wagenaar and Hillcrest Invest LTD | 4110-000 | $0.00 | $1,863,450.71 | $1,863,450.71 | $0.00 |
| 23 | Clarence Wagenaar and Hillcrest Invest LTD | 4110-000 | $0.00 | $1,863,450.71 | $1,863,450.71 | $0.00 |
| 26 | Kern County Treasurer-Tax Collector | 4110-000 | $0.00 | $86,842.97 | $86,842.97 | $0.00 |
| 28 | Kern County Planning Department | 4110-000 | $0.00 | $253,662.83 | $253,662.83 | $8,149.10 |
| 30 | Carolyn A. Dye | 4110-000 | $0.00 | $915,000.00 | $915,000.00 | $0.00 |
| | Bureau of Land Management | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | California Dept of Conservation | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | DWARFCO, Inc. | 4110-000 | $1,100,000.00 | $0.00 | $0.00 | $0.00 |
| | Kern County Reclamation Dept | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Lien payoff to Hillcrest Projects LLC Series V. | 4110-000 | $0.00 | $4,090,000.00 | $4,090,000.00 | $4,090,000.00 |
| | Lien payoff to Trans Western Materials, Inc. | 4120-000 | $0.00 | $400,000.00 | $400,000.00 | $400,000.00 |
| | Trans-Western Materials, Inc | 4110-000 | $308,360.13 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $3,989,122.44 | $20,814,907.34 | $20,814,907.34 | $4,498,149.10 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN M. SPEIER, Trustee | 2100-000 | NA | $170,455.51 | $170,455.51 | $104,555.25 |
| STEVEN M. SPEIER, Trustee | 2200-000 | NA | $688.66 | $688.66 | $688.66 |
| International Sureties, LTD | 2300-000 | NA | $7.42 | $7.42 | $266.34 |
| Escrow and title charges. | 2500-000 | NA | $5,507.50 | $5,507.50 | $5,507.50 |
| Recording fees. | 2500-000 | NA | $5,390.00 | $5,390.00 | $5,390.00 |
| American Business Bank | 2600-000 | NA | $2,891.45 | $2,891.45 | $2,891.45 |
| East West Bank | 2600-000 | NA | $5,949.40 | $5,949.40 | $5,949.40 |
| Rabobank, N.A. | 2600-000 | NA | $120.97 | $120.97 | $120.97 |
| Franchise Tax Board | 2820-000 | NA | $11,909.98 | $11,909.98 | $11,909.98 |
| Office of the U.S. Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Goe & Forsythe, LLP, Attorney for Trustee | 3210-000 | NA | $149,751.00 | $149,751.00 | $91,855.67 |
| O'Neil LLP, Special Counsel for Trustee | 3210-600 | NA | $157,185.00 | $157,185.00 | $96,415.59 |
| Goe & Forsythe, LLP, Attorney for Trustee | 3220-000 | NA | $1,493.26 | $1,493.26 | $1,493.26 |
| O'Neil LLP, Special Counsel for Trustee | 3220-610 | NA | $87.56 | $87.56 | $87.56 |
| Grobstein Teeple, LLP, Accountant for Trustee | 3410-000 | NA | $6,958.00 | $6,958.00 | $4,267.98 |
| Grobstein Teeple, LLP, Accountant for Trustee | 3420-000 | NA | $125.79 | $125.79 | $125.79 |
| Commission to Braun, Inc., Realtor for Trustee | 3510-000 | NA | $50,000.00 | $50,000.00 | $50,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $568,846.50 | $568,846.50 | $381,850.40 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kern County Treasurer-Tax Collector | 6990-000 | NA | $287,500.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | | NA | $287,500.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Franchise Tax Board | 5800-000 | $15,000.00 | $12,911.35 | $12,911.35 | $12,911.35 |
| 11 | Kern County Treasurer-Tax Collector | 5800-000 | $0.00 | $28,550.85 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$15,000.00** | **$41,462.20** | **$12,911.35** | **$12,911.35** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Southern California Edison Company | 7100-000 | $17,481.62 | $25,625.04 | $25,625.04 | $823.22 |
| 3 | Fia Card Services, NA As Successor In Interest to | 7100-000 | $13,902.13 | $13,557.71 | $13,557.71 | $435.55 |
| 4a | Franchise Tax Board | 7100-000 | $0.00 | $1,136.14 | $1,136.14 | $36.50 |
| 5 | Williams Brown Parsons & Company | 7100-000 | $1,424.57 | $1,424.57 | $1,424.57 | $45.77 |
| 7 | Kronick Moskovitz Tiedemann & Girard | 7100-000 | $58,523.59 | $66,150.20 | $66,150.20 | $2,125.12 |
| 9 | State Water Resources Control Board | 7100-000 | $695.00 | $695.00 | $695.00 | $22.33 |
| 24 | Debt Acquisition Co of America V, LLC | 7100-000 | $6,068.48 | $6,068.48 | $6,068.48 | $194.95 |
| 27 | Kern County Planning Department | 7100-000 | $0.00 | $287,500.00 | $287,500.00 | $9,236.14 |
| 29 | Southern California Edison Company | 7100-000 | $0.00 | $31,749.48 | $31,749.48 | $1,019.97 |
| | Burrtec Waste Industries, Inc. | 7100-000 | $219.96 | $0.00 | $0.00 | $0.00 |
| | Cadence Industries, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Christopher | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Campbell, John Smith |  |  |  |  |  |
|  | Department of Conservation | 7100-000 | $35,000.00 | $0.00 | $0.00 | $0.00 |
|  | Engineering, Surveying & Permit | 7100-000 | $47,098.62 | $0.00 | $0.00 | $0.00 |
|  | Jesse Sbaih & Associates, Ltd. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Law Offices of Michael E. Kulwin | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Marshall W. Pettit | 7100-000 | $30,000.00 | $0.00 | $0.00 | $0.00 |
|  | Michael T. Whittington, esq. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Mojave Desert AQMD | 7100-000 | $11,209.45 | $0.00 | $0.00 | $0.00 |
|  | Pacific-Western Materials, LLC | 7100-000 | $3,321,632.60 | $0.00 | $0.00 | $0.00 |
|  | Trans-Western Materials, Inc. | 7100-000 | $73,024.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $3,616,280.02 | $433,906.62 | $433,906.62 | $13,939.55 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 10-48739-SC | Trustee Name: | Steven M. Speier |
|---|---|---|---|
| Case Name: | CARLTON GLOBAL RESOURCES, LLC | Date Filed (f) or Converted (c): | 08/15/2013 (c) |
| For the Period Ending: | 7/3/2017 | §341(a) Meeting Date: | 10/11/2013 |
| | | Claims Bar Date: | 01/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Dunn Mill Property | $25,800,000.00 | $2,050,163.82 | | $4,900,000.00 | FA |
| **Asset Notes:** 55515 Dunn Road, Dunn Siding, San Bernardino County. APN 0542-141-19-0-000/0542-141-19-1-000. Approximately 320 acres. See Asset 8. | | | | | |
| 2  Boron Property Section 5 | $4,000,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Approximately 450 acres.  3/1/16 Motion filed to abandon asset.  8/18/16 Order entered abandoning property. | | | | | |
| 3  Bank of America Certificates of Deposit | $151,947.00 | $62.92 | | $62.92 | FA |
| **Asset Notes:** 1/14/11 amendment, Accts. 6667 $15,131; 6761 $95,398; 6762 $33,359; 7361 $8,059. Per origininal filing:  Total Amount $153,967.13.  Accts. 6667 $15,144.61; Acct. 6761 $95,402.39; 6762 $33,360.54; 7361 $8,590.59. CA Department of Conservation possessory lien. | | | | | |
| 4  Bank of America Checking Account | $1,785.33 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor depleted funds while in Ch. 11. | | | | | |
| 5  Union Bank Certificates of Deposit | $53,773.00 | $751.43 | | $751.43 | FA |
| **Asset Notes:** Bureau of Land Management secured lien "unknown."  Kern County Reclamation Dept. secured lien "unknown."  Asset is encumbered. | | | | | |
| 6  Void | $0.00 | $0.00 | | $0.00 | FA |
| 7  Union Bank Checking Account | $576.84 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Funds depleted in Ch. 11. | | | | | |
| 8  Machinery and Equipment | $8,834,364.00 | $8,834,364.00 | | $0.00 | FA |
| **Asset Notes:** See Asset 1. | | | | | |
| 9  Wells Fargo Bank, N.A. | Unknown | $6,036.05 | | $6,036.05 | FA |
| **Asset Notes:** Ch. 11 Debtor-in-possession account. | | | | | |

**TOTALS (Excluding unknown value)**     $38,842,446.17     $10,891,378.22     $4,906,850.40     **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 10-48739-SC | Trustee Name: | Steven M. Speier |
|---|---|---|---|
| Case Name: | CARLTON GLOBAL RESOURCES, LLC | Date Filed (f) or Converted (c): | 08/15/2013 (c) |
| For the Period Ending: | 7/3/2017 | §341(a) Meeting Date: | 10/11/2013 |
| | | Claims Bar Date: | 01/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/21/2015    7/01/16 - 6/30/17
ASSETS:  Dunn Mill Property
PENDING LITIGATION:  N/A
TAX ISSUES:  7/25/16 Order entered employing Grobstein, effective 5/31/16.  9/15/16 Mailed 2013, 2014, and 2015 tax returns.  Received the IRS tax clearance letter dated 10/17/16.
INSURANCE:  Secured creditor is maintaining insurance and security on the property.
STATUS:  Trustee unable to consummate sale of Boron Property.  8/18/16 Order entered abandoning property.  Objections to Claim 12 and 27 filed.  Hearing scheduled for 11/15/16.  10/20/16 Order entered approving stipulation disallowing Claim 12 and allowing Claim 27 as general unsecured claim.  1/11/17 TFR e-filed with UST.  Post TFR submission to UST, UST and Trustee stipulated to a reduction of professionals' fees to create a $35,000 distribution to pre-petition creditors.  4/18/17 TFR distribution made per 4/18/17 Order.

7/01/15 - 6/30/16
ASSETS:  Dunn Mill Property
PENDING LITIGATION:  N/A
TAX ISSUES:  Trustee employing Grobstein Teeple LLC as accountants.
INSURANCE:  Secured creditor is maintaining insurance and security on the property.
STATUS:  Trustee in process of abandoning Boron property; however, discovered there may be a potential buyer for the property which would net the estate approximately $100,000.  Trustee anticipates resolution by 8/1/16.

7/01/14 - 6/30/15
ASSETS:  Dunn Mill Property
PENDING LITIGATION:  N/A
TAX ISSUES:  N/A
INSURANCE:  Secured creditor is maintaining insurance and security on the property.
STATUS:  8/28/14 Order entered denying International Zeolite Group's recovery of property at Dunn Mill.  6/4/15 Order entered approving the sale of real property for $4,900,000.  Trustee and counsel are still investigating Boron Property (Asset 2) and contemplating abandoning the asset.  Claims are being reviewed.

7/01/13-6/30/14  ASSETS:  Dunn Mill Property
PENDING LITIGATION:  N/A
TAX ISSUES:  N/A
INSURANCE:  Secured creditor is maintaining insurance and security on the property.
STATUS:  Debtor filed as Ch. 11 on 12/1/10.  8/15/13 Case converted to Ch. 7, and SMS appointed Trustee.  The primary asset is a piece of real property that contains a mill on approximately 320 acres of land in Kern County.  Trustee employing Rob Goe, Goe & Forsythe, LLP, as general counsel.  11/5/13 Order entered employing Goe & Forsythe.  Trustee employing Jay F. Palchikoff, O'Neil LLP as special real estate counsel.  12/30/13 Order entered employing O'Neil.  Trustee employing Braun, Inc. as exclusive marketing and sales agent.  4/14/14 Order entered employing Braun.  International Zeolite Group, Inc. ("IZG") filed a motion to recover its property at the Dunn Mill, allegedly personally owned by IZG at the

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3     Exhibit 8

| Case No.: | 10-48739-SC | Trustee Name: | Steven M. Speier |
|---|---|---|---|
| Case Name: | CARLTON GLOBAL RESOURCES, LLC | Date Filed (f) or Converted (c): | 08/15/2013 (c) |
| For the Period Ending: | 7/3/2017 | §341(a) Meeting Date: | 10/11/2013 |
| | | Claims Bar Date: | 01/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

time of conversion to a Ch. 7. The Dunn Mill is encumbered by a disputed deed of trust held by Galtar, LLC in the alleged amount of approximately $2.5 million.  Galtar filed an opposition, and the hearing is scheduled for 8/20/14.  Trustee conducting continued 341(a) Meetings and is in discussions with the secured creditor, Galtor, about a possible carve-out for the estate.

| Initial Projected Date Of Final Report (TFR): | 12/31/2015 | Current Projected Date Of Final Report (TFR): | 12/31/2016 | /s/ STEVEN M. SPEIER |
|---|---|---|---|---|
| | | | | STEVEN M. SPEIER |

**FORM 2**

Page No: 1   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-48739-SC | **Trustee Name:** Steven M. Speier |
| **Case Name:** | CARLTON GLOBAL RESOURCES, LLC | **Bank Name:** American Business Bank |
| **Primary Taxpayer ID #:** | **-***0145 | **Checking Acct #:** ******5085 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Checking |
| **For Period Beginning:** | 12/1/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 7/3/2017 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/11/2014 | | American Business Bank | Account Opening Deposit Adjustment | 9999-000 | $6,722.01 | | $6,722.01 |
| 03/04/2015 | 1001 | International Sureties, LTD | Blanket Bond 016030867 renewal. | 2300-000 | | $5.71 | $6,716.30 |
| 05/13/2015 | (1) | Law Office of Stephen Wade | Deposit of Advanced Bio-Minerals, LLC for real property. | 1110-000 | $300,000.00 | | $306,716.30 |
| 05/15/2015 | | To Account# ****6332 | Transfer funds to escrow account. | 9999-000 | | $300,000.00 | $6,716.30 |
| 05/28/2015 | 2 | American Business Bank | Bank and Technology Services Fee | 2600-000 | | $81.58 | $6,634.72 |
| 06/25/2015 | 1002 | Chicago Title Company | Net proceeds from sale of vacant land, San Bernardino, CA. | * | $49,102.50 | | $55,737.22 |
| | | | Escrow and title charges.    $(5,507.50) | 2500-000 | | | $55,737.22 |
| | {1} | | Deposit made outside of escrow.    $(300,000.00) | 1110-000 | | | $55,737.22 |
| | | | Recording fees.    $(5,390.00) | 2500-000 | | | $55,737.22 |
| | | | Commission to Braun, Inc.    $(50,000.00) | 3510-000 | | | $55,737.22 |
| | | | Lien payoff to Hillcrest Projects LLC Series V.    $(4,090,000.00) | 4110-000 | | | $55,737.22 |
| | | | Lien payoff to Trans Western Materials, Inc.    $(400,000.00) | 4120-000 | | | $55,737.22 |
| | {1} | | Net proceeds from sale of vacant land, San Bernardino, CA.    $4,900,000.00 | 1110-000 | | | $55,737.22 |
| 06/28/2015 | 3 | American Business Bank | Bank and Technology Services Fee | 2600-000 | | $11.90 | $55,725.32 |
| 06/30/2015 | | From Account# ****6332 | Transfer (deposit re purchase of vacant land) funds to general checking account. ******0216 | 9999-000 | $300,000.00 | | $355,725.32 |
| 07/30/2015 | 4 | American Business Bank | Bank and Technology Services Fee | 2600-000 | | $454.13 | $355,271.19 |
| 08/28/2015 | 5 | American Business Bank | Bank and Technology Services Fee | 2600-000 | | $545.14 | $354,726.05 |
| 09/16/2015 | 1002 | Franchise Tax Board | 2015 state LLC fee per 10/20/15 Order re Entity ID 200435710195. | 2820-000 | | $250.00 | $354,476.05 |
| 09/29/2015 | 6 | American Business Bank | Bank and Technology Services Fee | 2600-000 | | $544.32 | $353,931.73 |
| 10/29/2015 | 7 | American Business Bank | Bank and Technology Services Fee | 2600-000 | | $509.11 | $353,422.62 |
| 11/27/2015 | 8 | American Business Bank | Bank and Technology Services Fee | 2600-000 | | $491.43 | $352,931.19 |
| 12/03/2015 | 9 | American Business Bank | Bank and Technology Services Fee | 2600-000 | | $135.44 | $352,795.75 |
| 12/11/2015 | | American Business Bank | Bank Service Fee | 2600-000 | | $118.40 | $352,677.35 |

**SUBTOTALS**    $655,824.51    $303,147.16

FORM 2    Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-48739-SC | Trustee Name: | Steven M. Speier |
|---|---|---|---|
| Case Name: | CARLTON GLOBAL RESOURCES, LLC | Bank Name: | American Business Bank |
| Primary Taxpayer ID #: | **-***0145 | Checking Acct #: | ******5085 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 12/1/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/3/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2015 | | East West Bank | Transfer Funds | 9999-000 | | $352,677.35 | $0.00 |
| | | | **TOTALS:** | | $655,824.51 | $655,824.51 | $0.00 |
| | | | Less: Bank transfers/CDs | | $306,722.01 | $652,677.35 | |
| | | | Subtotal | | $349,102.50 | $3,147.16 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $349,102.50 | $3,147.16 | |

| For the period of 12/1/2010 to 7/3/2017 | | For the entire history of the account between 07/10/2014 to 7/3/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,900,000.00 | Total Compensable Receipts: | $4,900,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,900,000.00 | Total Comp/Non Comp Receipts: | $4,900,000.00 |
| Total Internal/Transfer Receipts: | $306,722.01 | Total Internal/Transfer Receipts: | $306,722.01 |
| | | | |
| Total Compensable Disbursements: | $4,554,044.66 | Total Compensable Disbursements: | $4,554,044.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,554,044.66 | Total Comp/Non Comp Disbursements: | $4,554,044.66 |
| Total Internal/Transfer Disbursements: | $652,677.35 | Total Internal/Transfer Disbursements: | $652,677.35 |

**FORM 2**  Page No: 3  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-48739-SC | | Trustee Name: | Steven M. Speier |
|---|---|---|---|---|
| Case Name: | CARLTON GLOBAL RESOURCES, LLC | | Bank Name: | American Business Bank |
| Primary Taxpayer ID #: | **-***0145 | | Checking Acct #: | ******6332 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Escrow Account |
| For Period Beginning: | 12/1/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/3/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/15/2015 | | From Account# ****5085 | Transfer funds to escrow account. | 9999-000 | $300,000.00 | | $300,000.00 |
| 06/30/2015 | | To Account# ****5085 | Transfer (deposit re purchase of vacant land) funds to general checking account. ******0216 | 9999-000 | | $300,000.00 | $0.00 |
| | | | **TOTALS:** | | $300,000.00 | $300,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $300,000.00 | $300,000.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 12/1/2010 to 7/3/2017 | | For the entire history of the account between 05/14/2015 to 7/3/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $300,000.00 | Total Internal/Transfer Receipts: | $300,000.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $300,000.00 | Total Internal/Transfer Disbursements: | $300,000.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-48739-SC | | Trustee Name: | Steven M. Speier |
| --- | --- | --- | --- | --- |
| Case Name: | CARLTON GLOBAL RESOURCES, LLC | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***0145 | | Checking Acct #: | ******8266 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 12/1/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/3/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/26/2013 | (9) | Wells Fargo Bank, N.A. | Turnover of funds in DIP account. | 1229-002 | $6,036.05 | | $6,036.05 |
| 08/30/2013 | 1 | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $6,026.05 |
| 09/30/2013 | 2 | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $6,016.05 |
| 10/14/2013 | | Union Bank | Interest payment. | * | $216.59 | | $6,232.64 |
| | {3} | | Interest payment.           $0.94 | 1129-000 | | | $6,232.64 |
| | {3} | | Interest payment.           $1.69 | 1129-000 | | | $6,232.64 |
| | {3} | | Interest payment.           $1.91 | 1129-000 | | | $6,232.64 |
| | {3} | | Interest payment.           $1.56 | 1129-000 | | | $6,232.64 |
| | {3} | | Interest payment.           $4.45 | 1129-000 | | | $6,232.64 |
| | {3} | | Interest payment.           $3.42 | 1129-000 | | | $6,232.64 |
| | {3} | | Interest payment.           $11.51 | 1129-000 | | | $6,232.64 |
| | {3} | | Interest payment.           $4.02 | 1129-000 | | | $6,232.64 |
| | {5} | | Interest payment.           $95.08 | 1129-000 | | | $6,232.64 |
| | {5} | | Interest payment.           $92.01 | 1129-000 | | | $6,232.64 |
| 10/14/2013 | (5) | Union Bank | Interest payment. | 1129-000 | $95.08 | | $6,327.72 |
| 10/31/2013 | 3 | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $6,317.72 |
| 11/29/2013 | 4 | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $6,307.72 |
| 12/31/2013 | 5 | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $6,297.72 |
| 01/07/2014 | 101 | International Sureties, LTD | Blanket Bond 016030867 renewal. | 2300-000 | | $7.42 | $6,290.30 |
| 01/31/2014 | 6 | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $6,280.30 |
| 02/28/2014 | 7 | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $6,270.30 |
| 03/31/2014 | 8 | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $6,260.30 |
| 04/01/2014 | 102 | Don Kent | 4/2014 property tax. Assessment No. 637170013-2.; Voided on 04/01/2014 | 4700-003 | | $2,776.36 | $3,483.94 |
| 04/01/2014 | 102 | VOID: Don Kent | Voided check. | 4700-003 | | ($2,776.36) | $6,260.30 |
| 04/01/2014 | 103 | Don Kent | 4/2014 property tax. Assessment No. 637170048-4.; Check issued on 04/01/2014 | 4700-003 | | $1,485.26 | $4,775.04 |
| 04/01/2014 | 103 | VOID: Don Kent | Voided check. | 4700-003 | | ($1,485.26) | $6,260.30 |

| | | | | **SUBTOTALS** | **$6,347.72** | **$87.42** | |

**FORM 2**  Page No: 5  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-48739-SC | |
| **Case Name:** | CARLTON GLOBAL RESOURCES, LLC | |
| **Primary Taxpayer ID #:** | **-***0145 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/1/2010 | |
| **For Period Ending:** | 7/3/2017 | |

| | |
|---|---|
| **Trustee Name:** | Steven M. Speier |
| **Bank Name:** | Rabobank, N.A. |
| **Checking Acct #:** | ******8266 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/03/2014 | 100006 | Lotus Garden Center/Easton Builders Corp. | Deposit made electronically in error. 4/21/16 Funds transferred to Vision West 6:12-24902. | 1280-002 | $1,000.00 | | $7,260.30 |
| 04/07/2014 | | Bank of America | Interest payment. | * | $33.42 | | $7,293.72 |
| | {3} | | Interest payment.    $6.98 | 1129-000 | | | $7,293.72 |
| | {3} | | Interest payment.    $2.44 | 1129-000 | | | $7,293.72 |
| | {3} | | Interest payment.    $0.49 | 1129-000 | | | $7,293.72 |
| | {3} | | Interest payment.    $1.83 | 1129-000 | | | $7,293.72 |
| | {3} | | Interest payment.    $1.10 | 1129-000 | | | $7,293.72 |
| | {3} | | Interest payment.    $2.67 | 1129-000 | | | $7,293.72 |
| | {3} | | Interest payment.    $0.95 | 1129-000 | | | $7,293.72 |
| | {3} | | Interest payment.    $1.44 | 1129-000 | | | $7,293.72 |
| | {3} | | Interest payment.    $11.50 | 1129-000 | | | $7,293.72 |
| | {3} | | Interest payment.    $4.02 | 1129-000 | | | $7,293.72 |
| 04/07/2014 | | Union Bank | Interest payment. | * | $469.26 | | $7,762.98 |
| | {5} | | Interest payment.    $95.08 | 1129-000 | | | $7,762.98 |
| | {5} | | Interest payment.    $95.08 | 1129-000 | | | $7,762.98 |
| | {5} | | Interest payment.    $92.01 | 1129-000 | | | $7,762.98 |
| | {5} | | Interest payment.    $95.08 | 1129-000 | | | $7,762.98 |
| | {5} | | Interest payment.    $92.01 | 1129-000 | | | $7,762.98 |
| 04/21/2014 | 104 | Bankruptcy Estate of Vision West Investments, LLC. | Funds deposited 4/3/14 electronically in error. Transfer funds to Vision West 6:12-24902. | 8500-002 | | $1,000.00 | $6,762.98 |
| 04/30/2014 | 9 | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.97 | $6,752.01 |
| 05/30/2014 | 10 | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $6,742.01 |
| 06/30/2014 | 11 | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $6,732.01 |
| 07/11/2014 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | ($6,722.01) | | $10.00 |
| 07/11/2014 | 13 | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $0.00 |
| | | | **SUBTOTALS** | | ($5,219.33) | $1,040.97 | |

**FORM 2**

Page No: 6     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-48739-SC | | Trustee Name: | Steven M. Speier |
|---|---|---|---|---|
| Case Name: | CARLTON GLOBAL RESOURCES, LLC | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***0145 | | Checking Acct #: | ******8266 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 12/1/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/3/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $1,128.39 | $1,128.39 | $0.00 |
| | | | Less: Bank transfers/CDs | | ($6,722.01) | $0.00 | |
| | | | Subtotal | | $7,850.40 | $1,128.39 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,850.40 | $1,128.39 | |

| For the period of 12/1/2010 to 7/3/2017 | | For the entire history of the account between 08/26/2013 to 7/3/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $814.35 | Total Compensable Receipts: | $814.35 |
| Total Non-Compensable Receipts: | $7,036.05 | Total Non-Compensable Receipts: | $7,036.05 |
| Total Comp/Non Comp Receipts: | $7,850.40 | Total Comp/Non Comp Receipts: | $7,850.40 |
| Total Internal/Transfer Receipts: | ($6,722.01) | Total Internal/Transfer Receipts: | ($6,722.01) |
| | | | |
| Total Compensable Disbursements: | $128.39 | Total Compensable Disbursements: | $128.39 |
| Total Non-Compensable Disbursements: | $1,000.00 | Total Non-Compensable Disbursements: | $1,000.00 |
| Total Comp/Non Comp Disbursements: | $1,128.39 | Total Comp/Non Comp Disbursements: | $1,128.39 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 7    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-48739-SC | |
| **Case Name:** | CARLTON GLOBAL RESOURCES, LLC | |
| **Primary Taxpayer ID #:** | **-***0145 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/1/2010 | |
| **For Period Ending:** | 7/3/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Steven M. Speier | |
| **Bank Name:** | East West Bank | |
| **Checking Acct #:** | ******0141 | |
| **Account Title:** | DDA | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2015 | | American Business Bank | Transfer Funds | 9999-000 | $352,677.35 | | $352,677.35 |
| 01/04/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $398.38 | $352,278.97 |
| 01/26/2016 | 5001 | International Sureties, LTD | Blanket Bond 016030867 premium re 1/4/16-1/4/17. | 2300-000 | | $253.21 | $352,025.76 |
| 02/02/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $568.53 | $351,457.23 |
| 03/04/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $530.60 | $350,926.63 |
| 04/04/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $566.37 | $350,360.26 |
| 05/06/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $547.23 | $349,813.03 |
| 06/09/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $564.64 | $349,248.39 |
| 07/12/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $545.64 | $348,702.75 |
| 08/03/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $563.01 | $348,139.74 |
| 09/08/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $561.85 | $347,577.89 |
| 09/15/2016 | 5002 | Franchise Tax Board | 2014 state tax per 10/18/16 Order. | 2820-000 | | $800.00 | $346,777.89 |
| 09/15/2016 | 5003 | Franchise Tax Board | 2013 state tax per 10/18/16 Order. | 2820-000 | | $800.00 | $345,977.89 |
| 09/15/2016 | 5004 | Franchise Tax Board | 2015 state tax per 10/18/16 Order. | 2820-000 | | $7,378.00 | $338,599.89 |
| 10/06/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $543.00 | $338,056.89 |
| 11/03/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $560.15 | $337,496.74 |
| 04/18/2017 | 5005 | Grobstein Teeple, LLP | Accountant expenses per 4/18/17 TFR Order. | 3420-000 | | $125.79 | $337,370.95 |
| 04/18/2017 | 5006 | Goe & Forsythe, LLP | General counsel expenses per 4/18/17 TFR Order. | 3220-000 | | $1,493.26 | $335,877.69 |
| 04/18/2017 | 5007 | O'Neil LLP | Special counsel expenses per 4/18/17 TFR Order. | 3220-610 | | $87.56 | $335,790.13 |
| 04/18/2017 | 5008 | STEVEN M. SPEIER | Trustee Expenses per 4/18/17 TFR Order. | 2200-000 | | $688.66 | $335,101.47 |
| 04/18/2017 | 5009 | Grobstein Teeple, LLP | Accountant fees per 4/18/17 TFR Order. | 3410-000 | | $4,267.98 | $330,833.49 |
| 04/18/2017 | 5010 | Goe & Forsythe, LLP | General counsel fees per 4/18/17 TFR Order. | 3210-000 | | $91,855.67 | $238,977.82 |
| 04/18/2017 | 5011 | Franchise Tax Board | TFR distribution per 4/18/17 Order. | 2820-000 | | $2,681.98 | $236,295.84 |
| 04/18/2017 | 5012 | O'Neil LLP | Special counsel fees per 4/18/17 TFR Order. | 3210-600 | | $96,415.59 | $139,880.25 |
| 04/18/2017 | 5013 | STEVEN M. SPEIER | Trustee Compensation per 4/18/17 TFR Order. | 2100-000 | | $104,555.25 | $35,325.00 |
| 04/18/2017 | 5014 | Office of the U.S. Trustee | TFR distribution per 4/18/17 Order. | 2950-000 | | $325.00 | $35,000.00 |
| 04/18/2017 | 5015 | Franchise Tax Board | TFR distribution per 4/18/17 Order. | 5800-000 | | $12,911.35 | $22,088.65 |
| 04/18/2017 | 5016 | Southern California Edison Company | TFR distribution per 4/18/17 Order. | 7100-000 | | $823.22 | $21,265.43 |
| | | | **SUBTOTALS** | | **$352,677.35** | **$331,411.92** | |

FORM 2

Page No: 8    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-48739-SC | | Trustee Name: | Steven M. Speier |
|---|---|---|---|---|
| Case Name: | CARLTON GLOBAL RESOURCES, LLC | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***0145 | | Checking Acct #: | ******0141 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 12/1/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/3/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/18/2017 | 5017 | Fia Card Services, NA As Successor In Interest to | TFR distribution per 4/18/17 Order. | 7100-000 | | $435.55 | $20,829.88 |
| 04/18/2017 | 5018 | Franchise Tax Board | TFR distribution per 4/18/17 Order. | 7100-000 | | $36.50 | $20,793.38 |
| 04/18/2017 | 5019 | Williams Brown Parsons & Company | TFR distribution per 4/18/17 Order. | 7100-000 | | $45.77 | $20,747.61 |
| 04/18/2017 | 5020 | Kronick Moskovitz Tiedemann & Girard | TFR distribution per 4/18/17 Order. | 7100-000 | | $2,125.12 | $18,622.49 |
| 04/18/2017 | 5021 | State Water Resources Control Board | TFR distribution per 4/18/17 Order. | 7100-000 | | $22.33 | $18,600.16 |
| 04/18/2017 | 5022 | Debt Acquisition Co of America V, LLC | TFR distribution per 4/18/17 Order. | 7100-000 | | $194.95 | $18,405.21 |
| 04/18/2017 | 5023 | Kern County Planning Department | TFR distribution per 4/18/17 Order. | 7100-000 | | $9,236.14 | $9,169.07 |
| 04/18/2017 | 5024 | Kern County Planning Department | TFR distribution per 4/18/17 Order. | 4110-000 | | $8,149.10 | $1,019.97 |
| 04/18/2017 | 5025 | Southern California Edison Company | TFR distribution per 4/18/17 Order. | 7100-000 | | $1,019.97 | $0.00 |
| | | | **TOTALS:** | | $352,677.35 | $352,677.35 | $0.00 |
| | | | Less: Bank transfers/CDs | | $352,677.35 | $0.00 | |
| | | | Subtotal | | $0.00 | $352,677.35 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $352,677.35 | |

**For the period of 12/1/2010 to 7/3/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $352,677.35 |
| | |
| Total Compensable Disbursements: | $352,677.35 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $352,677.35 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/11/2015 to 7/3/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $352,677.35 |
| | |
| Total Compensable Disbursements: | $352,677.35 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $352,677.35 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 9        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-48739-SC | Trustee Name: | Steven M. Speier |
|---|---|---|---|
| Case Name: | CARLTON GLOBAL RESOURCES, LLC | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***0145 | Checking Acct #: | ******0141 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/1/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/3/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $356,952.90 | $356,952.90 | $0.00 |

**For the period of 12/1/2010 to 7/3/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,900,814.35 |
| Total Non-Compensable Receipts: | $7,036.05 |
| Total Comp/Non Comp Receipts: | $4,907,850.40 |
| Total Internal/Transfer Receipts: | $952,677.35 |
| | |
| Total Compensable Disbursements: | $4,906,850.40 |
| Total Non-Compensable Disbursements: | $1,000.00 |
| Total Comp/Non Comp  Disbursements: | $4,907,850.40 |
| Total Internal/Transfer  Disbursements: | $952,677.35 |

**For the entire history of the case between 08/15/2013 to 7/3/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,900,814.35 |
| Total Non-Compensable Receipts: | $7,036.05 |
| Total Comp/Non Comp Receipts: | $4,907,850.40 |
| Total Internal/Transfer Receipts: | $952,677.35 |
| | |
| Total Compensable Disbursements: | $4,906,850.40 |
| Total Non-Compensable Disbursements: | $1,000.00 |
| Total Comp/Non Comp  Disbursements: | $4,907,850.40 |
| Total Internal/Transfer  Disbursements: | $952,677.35 |

/s/ STEVEN M. SPEIER

STEVEN M. SPEIER